IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY RILEY | : | CIVIL ACTION |
| v. | : | |
| TEVA PHARMACEUTICALS USA, INC., et al. | : | NO. 18-3989 |

ORDER

AND NOW, this 18th day of November, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendants Teva Women's Health, Inc. and CooperSurgical, Inc. to transfer this action under 28 U.S.C. § 1404(a) to the United States District Court for the Central District of California is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.